IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CENTER CAPITAL CORP., <br><br> Plaintiff, <br><br><br> vs. <br><br><br> BUSINESSJET LEASING, INCL, D & D AVIATION L.L.C., RICHARD A. HOPKINS, and LYNDA J. HOPKINS, <br><br> Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO TERMINATE WRIT OF REPLEVIN AND TERMINATING EX PARTE PREJUDGMENT WRIT OF REPLEVIN <br><br><br><br><br> Case No. 2:09-CV-406 TS |

Pursuant to the parties' representations and stipulations in connection with the June 29, 2009 status conference and the Motion to Terminate Writ of Replevin, it is therefore

ORDERED that Plaintiff's Motion to Terminate Writ of Replevin (Docket No. 21) is GRANTED. It is further

1

ORDERED that the Ex Parte Prejudgment Writ of Replevin issued on May 12, 2009 and extended by the May 22, 2009 Order on Writ of Replevin is TERMINATED and the United States Marshal's Office is relieved of any further responsibilities with regard to the subject matter of said Writ.

DATED   July 13, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge